UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRUCE KNIESPECK                                    Case No. CIV.S 01-0878 WBS PAN

    Plaintiff,

vs.                                                **ORDER**

UNUM LIFE INSURANCE COMPANY OF AMERICA, NEVADA WESTERN VOICE AND DATA CONNECTION SYSTEMS LONG TERM DISABILITY INSURANCE PLAN, THOMAS & BETTS LONG TERM DISABILITY INSURANCE PLAN,

    Defendants.
_____/

Upon representations of the parties that an ERISA administrative appeal is pending and will be undertaken in this matter, and GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in order shall be considered a dismissal of this action, and should trial in this litigation become necessary, the parties may request it as if this order had not been entered.

**IT IS SO ORDERED**.

Dated: May 18, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28