1  RIMAC & MARTIN
   A Professional Corporation
2  ANNA M. MARTIN - SBN 154279
   JOSHUA G. HEAVISIDE - SBN 225715
3  1051 Divisadero Street
   San Francisco, CA 94115
4  Telephone: (415) 561-8440
   Facsimile:   (415) 561-8430
5

6  Attorneys for Defendant UNUM LIFE
   INSURANCE COMPANY OF AMERICA

7  deVRIES LAW FIRM
   DOUGLAS K. deVRIES (SB#70633)
8  1792 Tribute Road, Suite 480
   Sacramento, CA 95815
9  Tel: (916 473-4343
   Fax: (916) 473-4342
10

11 Attorneys for Plaintiff
   BRUCE KNIESPECK

12

13              UNITED STATES DISTRICT COURT

14          EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

15

16

17 BRUCE KNIESPECK,                )
                                   )   CASE NO. CIV.S 01-0878 WBS PAN
18                Plaintiff,       )
                                   )
19 vs.                             )   STIPULATION TO CONTINUE JULY
                                   )   31, 2006 STATUS CONFERENCE AND
20 UNUM LIFE INSURANCE COMPANY OF  )   ORDER THEREON
   AMERICA, et al.,                )
21                                 )
                  Defendants.      )
22                                 )
   _____ )

23

24     **IT IS HEREBY STIPULATED** between the parties hereto, by and through their

25 respective attorneys of record herein, that the Status Conference in this matter be continued from

26 July 31, 2006 to some time after September 4, 2006, at the Court's convenience.

27 / / /

28 / / /

---

STIPULATION TO CONTINUE STATUS
CONFERENCE AND ORDER THEREON    -1-              CASE NO. CIV.S 01-0878 WBS PAN

1  Good cause exists therefor in that counsel for defendant is scheduled for an all day
2  mediation with JAMS on July 31, 2006, vacation from August 1, 2006 through August 8, 2006,
3  and a trial specially set beginning August 28, 2006.
4  Pursuant to local rules, this document is being electronically filed through the Court's
5  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
6  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
7  concurred with the filing of this document; and (3) a record supporting this concurrence is
8  available for inspection or production if so ordered.

Respectfully submitted.

RIMAC & MARTIN
*A Professional Corporation*

DATED:  July 17, 2006          By:     /s/ **ANNA M. MARTIN**
                                       ANNA M. MARTIN
                                       Attorneys for Defendant
                                       UNUM LIFE INSURANCE COMPANY
                                       OF AMERICA


deVRIES LAW FIRM


DATED: July 13, 2006           By:     /s/ **DOUGLAS K. DEVRIES**
                                       DOUGLAS K. deVRIES
                                       Attorneys for Plaintiff
                                       BRUCE KNIESPECK

**ORDER**

IT IS HEREBY ORDERED that the status conference in this matter be continued from July 31, 2006 to September 11, 2006 at 9:00a.m., in Courtroom 5.  The parties shall file their joint status report 14 days prior to the status conference.

**SO ORDERED.**

DATED:  July 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE