**RIMAC MARTIN**
**A Professional Corporation**
ANNA M. MARTIN - SBN 154279
KEVIN G. GILL - SBN 226819
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant UNUM LIFE
INSURANCE COMPANY OF AMERICA

**deVRIES LAW FIRM**
DOUGLAS K. deVRIES (SB#70633)
1792 Tribute Road, Suite 480
Sacramento, CA 95815
Tel: (916 473-4343
Fax: (916) 473-4342

Attorneys for Plaintiff
BRUCE KNIESPECK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

*E-FILING*

| | |
|---|---|
| BRUCE KNIESPECK, | CASE NO. CIV.S 01-0878 WBS PAN |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE MARCH 16, 2009 HEARING ON DEFENDANT'S MOTION FOR RELIEF, AND [PROPOSED] ORDER THEREON** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |
| | Original Date: March 16, 2009 |
| | Proposed Date: May 4, 2009 |

**IT IS HEREBY STIPULATED** between the parties hereto, by and through their respective attorneys of record herein, that the hearing on Defendant UNUM Life Insurance Company of America's *Motion for Relief from Judgment and Order Awarding Costs, Interest and Attorney Fees to Plaintiff in Light of Appellate Court Reversal [Fed.R.Civ.P. 60]* be continued from March 16, 2009 to some time after May 4, 2009, at the Court's convenience.

Good cause exists therefor in that plaintiff Bruce Kniespeck filed a Petition for Rehearing, or for Rehearing *En Banc*, of the Ninth Circuit's January 14, 2009 decision, which reversed and vacated this Court's judgment, and that petition is pending. The stipulated continuance should allow sufficient time for the Ninth Circuit to determine whether to grant or deny plaintiff's petition.

          Respectfully submitted.

RIMAC & MARTIN
*A Professional Corporation*

DATED: March 3, 2009       By:   **/s/ KEVIN G. GILL**
ANNA M. MARTIN
KEVIN G. GILL
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

deVRIES LAW FIRM

DATED: February 26, 2009      By:   **/s/ DOUGLAS deVRIES**
DOUGLAS K. deVRIES
Attorneys for Plaintiff
BRUCE KNIESPECK

## **ORDER**

IT IS HEREBY ORDERED that the hearing on defendant's *Motion for Relief from Judgment and Order Awarding Costs, Interest and Attorney Fees* in this matter be continued from March 16, 2009 to **May 11, 2009 at 2:00 p.m.** in Courtroom 5.

**SO ORDERED.**

DATED: March 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE HEARING
HEARING AND ORDER THEREON    -2-    CASE NO. CIV.S 01-0878 WBS PAN