| | |
|---|---|
| 1 | **RIMAC MARTIN** |
| | **A Professional Corporation** |
| 2 | ANNA M. MARTIN - SBN 154279 |
| | KEVIN G. GILL - SBN 226819 |
| 3 | 1051 Divisadero Street |
| | San Francisco, CA 94115 |
| 4 | Telephone: (415) 561-8440 |
| | Facsimile: (415) 561-8430 |
| 5 | |
| 6 | Attorneys for Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA |
| 7 | **deVRIES LAW FIRM** |
| | DOUGLAS K. deVRIES (SB#70633) |
| 8 | 1792 Tribute Road, Suite 480 |
| | Sacramento, CA 95815 |
| 9 | Tel: (916 473-4343 |
| | Fax: (916) 473-4342 |
| 10 | |
| 11 | Attorneys for Plaintiff BRUCE KNIESPECK |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

# *E-FILING*

| | | |
|---|---|---|
| BRUCE KNIESPECK, | ) | |
| | ) | **CASE NO. CIV.S 01-0878 WBS PAN** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **FURTHER STIPULATION TO** |
| | ) | **CONTINUE MAY 4, 2009 HEARING** |
| UNUM LIFE INSURANCE COMPANY OF | ) | **ON DEFENDANT'S MOTION FOR** |
| AMERICA, et al., | ) | **RELIEF, AND [PROPOSED] ORDER** |
| | ) | **THEREON** |
| Defendants. | ) | |
| | ) | Original Date: May 11, 2009 |
| _____ | ) | Proposed Date: July 13, 2009 |

**IT IS HEREBY STIPULATED** between the parties hereto, by and through their respective attorneys of record herein, that the hearing on Defendant UNUM Life Insurance Company of America's *Motion for Relief from Judgment and Order Awarding Costs, Interest and Attorney Fees to Plaintiff in Light of Appellate Court Reversal [Fed.R.Civ.P. 60]* be continued from May 11, 2009 to some time after July 13, 2009, at the Court's convenience.

STIPULATION TO CONTINUE HEARING
HEARING AND ORDER THEREON      -1-                    CASE NO. CIV.S 01-0878 WBS PAN

Good cause exists therefor in that plaintiff Bruce Kniespeck filed a Petition for Rehearing, or for Rehearing *En Banc*, of the Ninth Circuit's January 14, 2009 decision, which reversed and vacated this Court's judgment, and that petition is still pending. The stipulated continuance is to allow sufficient time for the Ninth Circuit to determine whether to grant or deny plaintiff's petition.

Respectfully submitted.

RIMAC & MARTIN
*A Professional Corporation*

DATED: April 23, 2009     By:     /S/ **ANNA M. MARTIN**
ANNA M. MARTIN
KEVIN G. GILL
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

deVRIES LAW FIRM

DATED: April 22, 2009     By:     /S/ **DOUGLAS DEVRIES**
DOUGLAS K. deVRIES
Attorneys for Plaintiff
BRUCE KNIESPECK

## ORDER

IT IS HEREBY ORDERED that the hearing on defendant's *Motion for Relief from Judgment and Order Awarding Costs, Interest and Attorney Fees* in this matter be continued from May 11, 2009 to **August 3, 2009 at 2:00 p.m., in Courtroom 5**.

**SO ORDERED.**

DATED: April 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE