DOUGLAS K. deVRIES (SB#70633)
deVRIES LAW FIRM
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Tel: (916) 473-4343
Fax: (916) 473-4342

Attorneys for Plaintiff
BRUCE KNIESPECK


ANNA M. MARTIN (SB#154279)
KEVIN G. GILL (SB#226819)
RIMAC MARTIN
A Professional Corporation
1051 Divisadero Street
San Francisco, CA 94115
Tel: (415) 561-8440
Fax: (415) 561-8430

Attorneys for Defendant UNUM LIFE
INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KNIESPECK | No. CIV.S 01-0878 WBS PAN |
| Plaintiff, | |
| vs. | **FURTHER STIPULATION TO CONTINUE AUGUST 3, 2009 HEARING ON DEFENDANT'S MOTION FOR RELIEF, AND ORDER THEREON** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al | Original Date: August 3, 2009 |
| Defendants. | Proposed Date: |

IT IS HEREBY STIPULATED between the parties hereto, by and through their respective attorneys of record herein, that the hearing on Defendant UNUM Life Insurance Company of America's *Motion for Relief from Judgment and Order Awarding Costs, Interest and Attorney Fees to Plaintiff in Light of Appellate Court Reversal [Fed.R.Civ.P. 60]* be

Stipulation to Continue Hearing and Order Thereon                                                                                1

continued from August 3, 2009 to some time after October 5, 2009, at the Court's convenience.

Good cause exists therefor in that the plaintiff Bruce Kniespeck filed a Petition for Rehearing, or for Rehearing *en Banc*, of the Ninth Circuit's January 14, 2009 decision, which reversed and vacated this Court's judgment, and that petition is still pending. The stipulated continuance is to allow sufficient time for the Ninth Circuit to determine whether to grant or deny plaintiff's petition.

                                      Respectfully submitted.

                                      RIMAC & MARTIN
A Professional Corporation

Dated: July 14, 2009                    By:  /s/ ANNA M. MARTIN
                                              ANNA M. MARTIN
                                              KEVIN G. GILL
                                              Attorneys for Defendant
                                              UNUM LIFE INSURANCE COMPANY
OF AMERICA

                                      deVRIES LAW FIRM

Dated: July 14, 2009                    By:  /s/ DOUGLAS K. deVRIES
                                              DOUGLAS K. deVRIES
                                              Attorney for Plaintiff
                                              BRUCE KNIESPECK

## **ORDER**

IT IS HEREBY ORDERED that the hearing on defendant's *Motion for Relief from Judgment and Order Awarding Costs, Interest and Attorney Fees* in this matter be continued from August 3, 2009 to **October 13, 2009 at 2:00 p.m.**

**SO ORDERED**.

Dated: July 16, 2009

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE