UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BRUCE KNIESPECK,

      Plaintiff,

   v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,

      Defendants.
_____/

NO. CIV.  2:01-0878 WBS EFB

<u>ORDER RE: MOTION FOR RELIEF FROM JUDGMENT</u>

----oo0oo----

        On December 21, 2006, this court entered judgment in favor of plaintiff pursuant to a two-phase bench trial and awarded plaintiff partial disability benefits in the amount of $171,200.00 and "benefits going forward, conditioned on the requirements of the Policy as interpreted by [the Court's] order." (Docket Nos. 71, 72.)  In a separate Order dated February 12, 2007, based on the fact that plaintiff was the prevailing party under its previous order, this court awarded plaintiff attorneys fees and costs in the amount of $55,502.50

1

and prejudgment interest in the amount of $27,147.19.  (Docket No. 101.)  On January 14, 2009, the United States Court of Appeals for the Ninth Circuit vacated and reversed this Court's December 21, 2006 judgment.  (Docket No. 109.)  Defendant now brings this unopposed motion to vacate this court's February 12, 2007 Order pursuant to Federal Rule of Civil Procedure 60(b)(5) as based on an earlier judgment that has been reversed or vacated.

Rule 60(b)(5) provides that the court may relieve a party from a final judgment or order if "it is based on an earlier judgment that has been reversed or vacated."  Fed. R. Civ. P. 60(b)(5).  The appellate court's reversal and vacatur of this court's December 21, 2006 judgment clearly prevents it from "spawning any legal consequences," by an award of attorneys fees and costs to a party who has no longer prevailed.  <u>United States v. Munsingwear</u>, 340 U.S. 36, 40-41 (1950).

IT IS THEREFORE ORDERED that defendant's motion for relief from judgment be, and the same hereby is, GRANTED.  The order of February 12, 2007, awarding plaintiff attorneys fees and costs is hereby VACATED AND SET ASIDE.

DATED:  October 13, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE